## CIRCUIT COURT OF THE CITY OF RICHMOND

Hay Associates

v.

Commonwealth of Virginia

February 6, 1984

Case No. LG-649

By JUDGE WILLARD I. WALKER

If, as a matter of law, the plaintiff may not bring an action against the Commonwealth without its consent on a *quantum meruit* theory, then, of necessity, the Commonwealth's immunity defense as to that claim must be valid. There is no reason to go back and rework the same ground with different motions under different names. The court does, in fact, strike Count II of the motion for judgment and dismiss that count with prejudice.